UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT ETHAN MILLER, JR., | ) | No. EDCV 10-966 DMG (SP) |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| L.T. JENSEN, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Complaint be dismissed without leave to amend as to all defendants except defendants Jensen and Hagge.

DATED: May 4, 2011

DOLLY M. GEE
United States District Judge