# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ETHAN MILLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> LT. JENSEN, et al., <br><br> Defendants. | Case No. ED CV 10-966-DMG (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is granted, and Judgment will be entered dismissing the Complaint and this action without prejudice.

DATED:  August 13, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE