JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ETHAN MILLER, JR., | ) Case No. ED CV 10-966-DMG (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| LT. JENSEN, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: August 13, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE